IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| vs. § | CRIMINAL NO. 4:22-cr-00115-2 |
| § | |
| EDDIE COBURN § | |

## ORDER FOR AGREED MOTION TO RELEASE

The Court has considered Defendant's Agreed Motion to Release and finds that it should be:

__X__ **GRANTED**. It is therefore Ordered that Defendant be released from the custody of the Federal. Prior to his release he is to be outfitted with an active satellite device or GPS monitor. Defendant is referred to Magistrate Judge Bennett to administer bond conditions.

_____ **DENIED**.

Signed at Houston, Texas, on ___October 31___, 2024.

_____
THE HONORABLE KEITH P.
ELLISON UNITED STATES DISTRICT
JUDGE